ment of Appraisers to Appraise the Value of Stock of the LOCUST COURT APART-
MENTS, INC., Respondent, Held by the Petitioner.— Motion for leave to appeal
to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty,
Tompkins and Davis, JJ.

In the Matter of the Application of NELLIE FIELD, Respondent, for Payment
of the Award Made for Parcels Nos. 30 and 34 on the Damage Map and in the
Final Report of the Commissioners of Estimate and Commissioner of Assessment
in the Proceedings to Acquire Title to Deleplaine Street, etc., in the Borough of
Brooklyn, City of New York; PAULINE S. SPARROW, Appellant. In the Matter
of the Application of NELLIE FIELD, Respondent, for Payment of the Award Made
for Parcels No. 155 and 156 on the Damage Map and in the Final Decree of
the Supreme Court for Damage and Benefit in the Proceeding to Acquire Title
for an Addition to Dyker Beach Park, etc., in the Borough of Brooklyn, City of
New York; PAULINE S. SPARROW, Appellant.— Motion for reargument of appeals
denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty,
Tompkins and Davis, JJ.

In the Matter of LOUIS GREENSPAN, an Attorney.— Respondent disbarred and
his name ordered struck from the roll of attorneys. Disbarment must follow his
conviction of a felony in the County Court of Nassau county. Present —
Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ.

In the Matter of Proving the Last Will and Testament of MABELLE G. QUIRK,
Deceased. ELIZABETH A. QUIRK, Appellant; AGNES A. QUIRK, Respondent.—
Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky,
P. J., Kapper, Hagarty, Tompkins and Davis, JJ.

JAMAICA IRON WORKS, INC., Respondent, v. WACROSE CORPORATION and
ROYAL INDEMNITY COMPANY, Appellants.— Motion for reargument denied, with
ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.
This court is of opinion that the lien is valid. Present — Lazansky, P. J., Kapper,
Hagarty, Tompkins and Davis, JJ.

CHARLES C. JAMES, Respondent, v. ALDERTON DOCK YARDS, LIMITED, Appellant.
— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky,
P. J., Kapper, Hagarty, Tompkins and Davis, JJ.

ROBERT D. LYON, an Infant, by JOHN C. GOODFELLOW, His Guardian ad Litem,
Respondent, v. QUEENSBORO CORPORATION, Appellant.— Motion for reargument
denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals
denied. Present — Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ.

CARL MACK, Respondent, v. MACK LOCK COMPANY and Others, Appellants.—
Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J.,
Kapper, Hagarty, Tompkins and Davis, JJ.

ANN ODES and BOSILIA, INC., Appellants, v. TROIA REALTY CO., INC., Respond-
ent, and Others, Defendants.— Motion for reargument denied, without costs.
Present — Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ.

TOWN OF NORTH HEMPSTEAD, Appellant, v. WESLEY HARPER and MABEL A.
H. Gow, Respondents.— Motion for reargument denied. Motion for leave to
appeal to the Court of Appeals granted. The question to be certified is: " Should
defendants' motion to dismiss the complaint on the merits have been granted?"
Present — Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ.

THE ALLEN-WHEELER COMPANY, Respondent, v. CLAIRE R. CARSTENSEN and